**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2157**

———————

MICHAEL CRAIG CLARK,

Plaintiff - Appellant,

versus

TERESA H. COBB; STEPHEN A. COBB, JR.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:06-cv-00179-RBS)

———————

Submitted:  March 22, 2007              Decided:  March 27, 2007

———————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Craig Clark, Appellant Pro Se.  Randolph Courtland DuVall, BREEDEN, SALB, BEASLEY & DUVALL, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Craig Clark appeals the district court's order dismissing his civil action alleging negligence following an automobile accident. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Clark v. Cobb</u>, No. 2:06-cv-00179-RBS (E.D. Va. Oct. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>